**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>UBISOFT, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:17-cv-00175<br><br><br>PATENT CASE<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg S.A., file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Uniloc USA, Inc., a Texas corporation, is a privately held corporation and a wholly owned subsidiary of Uniloc Corporation Pty. Limited., an Australian corporation, also a privately held corporation with no parent corporation. Uniloc Luxembourg S.A. is a privately held corporation with no parent corporation.

No publicly held corporation owns ten (10%) percent or more of Uniloc USA, Inc. or Uniloc Luxembourg S.A. stock.

Date: March 6, 2017                    Respectfully submitted,


                                       */s/ Paul J. Hayes*
                                       Paul J. Hayes (Lead Attorney)
                                       Massachusetts State Bar No. 227000
                                       James J. Foster
                                       Massachusetts State Bar No. 553285
                                       Kevin Gannon

Massachusetts State Bar No. 640931
Dean Bostock
Massachusetts State Bar No. 549747
Robert R. Gilman
Massachusetts State Bar No. 645224
Michael Ercolini
New York State Bar No. 5029905
Aaron Jacobs
Massachusetts State Bar No. 677545
Daniel McGonagle
Massachusetts State Bar No. 690084
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: pjhayes@princelobel.com
Email: jfoster@princelobel.com
Email: kgannon@princelobel.com
Email: dbostock@princelobel.com
Email: rgilman@princelobel.com
Email: mercolini@princelobel.com
Email: ajacobs@princelobel.com
Email: dmcgonagle@princelobel.com


Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Anthony M. Vecchione
anthony@nelbum.com
Texas State Bar No. 24061270
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

**ATTORNEYS FOR THE PLAINTIFFS**